**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────

**No. 00-6287**

───────────

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

KEVIN JERMAINE MELVIN, a/k/a Baby-Boy,

Defendant - Appellant.

───────────

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.  James C. Fox, District Judge.
(CR-94-139-5-2-F, CA-98-950-5-F)

───────────

Submitted:  May 11, 2000          Decided:  May 16, 2000

───────────

Before MURNAGHAN, LUTTIG, and TRAXLER, Circuit Judges.

───────────

Dismissed by unpublished per curiam opinion.

───────────

Kevin Jermaine Melvin, Appellant Pro Se.  Paul Stuart Wilson, OFFICE OF THE STAFF JUDGE ADVOCATE, Fort Bragg, North Carolina, for Appellee.

───────────

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Kevin Jermaine Melvin appeals from the district court's order denying his motion to reconsider a prior order denying relief on his 28 U.S.C.A. § 2255 (West Supp. 1999) motion. Our review of the record and the district court's opinion discloses no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. See United States v. Melvin, Nos. CR-94-139-5-2-F; CA-98-950-5-F (E.D.N.C. Sept. 28, 1999). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED